JESSIE L. BRADLEY et al., Appellants, *v.* MANUEL SELENGUT et al., Respondents.

Submitted November 15, 1946; decided January 9, 1947.

*Samuel Feldman* for appellants.
*Morris Katz* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.